Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Pierre A Gulick

Chapter 13 Case No. 12-44269-RLE13

debtor(s)

**NOTICE OF DEBTOR(S)**
**CHANGE OF MAILING ADDRESS**

To The Clerk of the Court,

PLEASE TAKE NOTICE THAT effective immediatley, the above named debtor(s) has

changed his/her mailing address to:

Pierre A Gulick
121 Embarcadero West #2310
Oakland,CA 94607

Date: September 04, 2015          /s/ Martha G. Bronitsky

                                  Signature of Martha G. Bronitsky
                                  Chapter 13 Standing Trustee

Case: 12-44269    Doc# 25    Filed: 09/04/15    Entered: 09/04/15 15:40:02    Page 1 of 2

| In re | Chapter 13 Case No. 12-44269-RLE13 |
|---|---|
| Pierre A Gulick | |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Pierre A Gulick
121 Embarcadero West #2310
Oakland,CA 94607

(Debtor(s))

Date: September 04, 2015

Fuller Law Firm
60 N Keeble Ave
San Jose,CA 95126

(Counsel for Debtor)

/s/ CHRISTIE ACOSTA
CHRISTIE ACOSTA

Case: 12-44269    Doc# 25    Filed: 09/04/15    Entered: 09/04/15 15:40:02    Page 2 of 2